## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:20-mj-00612-EJY |
| Plaintiff, | **Findings and Order on Stipulation** |
| v. | |
| JOHN MILES ALLISON,<br>   a/k/a ALLISON MOORE,<br>   a/k/a KYLE DWAYNE BUTLER,<br>   a/k/a ANTHONY DAVID CORAL,<br>   a/k/a MATTHEW PETERSON,<br>   a/k/a DANIEL DEGAN,<br>   a/k/a JAMES GIBSON,<br>   a/k/a ALEX JOSEPH,<br>                Defendant. | ___FILED ___RECEIVED<br>___ENTERED ___SERVED ON<br>COUNSEL/PARTIES OF RECORD<br><br>OCT 09 2020<br><br>CLERK US DISTRICT COURT<br>DISTRICT OF NEVADA<br>BY:_____DEPUTY |

Based on the pending Stipulation between the defense and the government, and good cause appearing therefore, the Court hereby finds that:

1. To account for the necessary social-distancing in light of the COVID-2019 public health emergency and to allow the defense adequate time to prepare during and following the resolution of this public health emergency, the Preliminary Examination date in this case should be continued.

2. The parties agree to this continuance.

3. The defendant is incarcerated but does not object to the continuance.

4. This continuance is not sought for purposes of delay.

5. Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public and the defendants in a speedy trial.

6. The Speedy Trial Act's indictment clock under 18 U.S.C. § 3161(b) is extended to the Preliminary Hearing date set below.

Case 2:20-cr-00326-JAD-BNW   Document 11   Filed 10/09/20   Page 2 of 2

7. The additional time requested by this stipulation is excludable in computing the time within which the trial must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A), and considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i) and (iv).

THEREFORE, IT IS HEREBY ORDERED that the Preliminary Examination in the above-captioned matter currently scheduled for October 13, 2020 be vacated and continued to __November 9__, __2020__, at the hour of __4:00__ P.M. Courtroom 3A.

DATED this __9__ day of October, 2020.

_____
HONORABLE ELAYNA J. YOUCHAH
United States Magistrate Judge

5