**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-cr-00326-JAD-BNW |
| Plaintiff, | ORDER TO CONTINUE DEFENDANT'S SENTENCING HEARING |
| vs. | |
| JOHN MILES ALLISON, | ECF No. 22 |
| Defendant. | |

Based on the stipulation of counsel, the Court finds that good cause exists to continue defendant's Sentencing Hearing date currently set for April 19, 2021 at 11:00 a.m., to July 26, 2021, at 10:00 a.m.

DATED this 12th day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE