ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
THE DRASKOVICH LAW GROUP
815 South Casino Center Blvd.
Las Vegas, Nevada 89101-6718
702.474.4222
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 2:20-CR-00326-JAD-BNW |
| | ) | |
| Plaintiff, | ) | ECF No. 28 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| | ) | |
| | ) | |
| JOHN MILES ALLISON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the sentencing hearing currently scheduled for Monday, October 4, 2021 at 3:00p.m., be vacated and continued to November 22, 2021, at 11:00 a.m.

DATED AND DONE this 27th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE