**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOHN MILES ALLISON,<br><br>　　　　　Defendant. | Case No.: 2:20-cr-00326-JAD-BNW<br><br>**ORDER TO CONTINUE DEFENDANT'S SENTENCING HEARING**<br><br>ECF No. 30 |

　　　Based on the stipulation of counsel, the Court finds that good cause exists to continue defendant's Sentencing Hearing date currently set for November 22, 2021, at 11:00 a.m., to January 3, 2022, at 11:00 a.m.

　　　DATED this 18th day of November, 2021.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. JENNIFER A. DORSEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE