**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN MILES ALLISON,<br><br>Defendant. | Case No.: 2:20-cr-00326-JAD-BNW<br><br>**ORDER TO CONTINUE DEFENDANT'S SENTENCING HEARING**<br><br>ECF No. 33 |

Based on the stipulation of counsel, the Court finds that good cause exists to continue defendant's Sentencing Hearing date currently set for January 3, 2022, at 11:00 a.m., to February 28, 2022, at 10:00 a.m.

DATED this 28th day of December, 2021.

_____
HON. JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE