UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| United States of America, | Case No.: 2:20-cr-00326-JAD-BNW |
|---|---|
| Plaintiff | |
| v. | **Order Granting Motion to Strike Defendant's Pro Se Motion for Sentence Recommendation** |
| John Miles Allison, | [ECF Nos. 42, 43] |
| Defendant | |

A year ago, John Miles Allison was sentenced to 78 months in custody for drug-trafficking related offenses. Although Allison is represented by counsel, he moves on a pro se basis for this court to amend his judgment to include a recommendation that the Bureau of Prisons give him the maximum amount of residential re-entry-center placement at the end of his sentence so that he can get the benefit of the earliest possible reintegration into society.[1] The government moves to strike Allison's pro se motion because he is represented by counsel in this matter and has not demonstrated a "special need" for hybrid representation.[2] Alternatively, the government asks me to deny Allison's motion on its merits because the deadline for seeking this relief expired long ago.[3]

Under this district's Local Rule 11-6(a), "once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court."[4] Allison's

---

[1] ECF No. 42 at 1 (sealed).
[2] ECF No. 43 at 1–2.
[3] *Id.* at 2.
[4] L.R. IA 11-6(a).

attorney in this matter, Robert Draskovich, Esq., has not moved to withdraw his representation,[5] and Allison does not contend that his situation presents a "special need" for hybrid representation.[6] So, because he may not file documents in this matter pro se, I do not consider his motion and grant the government's motion to strike it.

Even if I were to consider Allison's motion on its merits, I would deny it. Allison's judgment of conviction was entered on March 3, 2022,[7] and his motion for this recommendation was filed exactly one year later.[8] But the Federal Rules of Criminal Procedure give the trial court just 14 days to amend a judgment, absent special circumstances not present here, and that deadline had long passed before Allison filed this request.

IT IS THEREFORE ORDERED that the government's motion to strike Allison's pro se motion **[ECF No. 43] is GRANTED**. The Clerk of Court is directed to **STRIKE Allison's motion for sentencing court recommendation [ECF No. 42]**. IT IS FURTHER ORDERED that the Clerk of Court is directed to SEND a copy of this order to John Miles Allison at the Federal Correctional Institution, Sheridan, 27072 SW Ballston Rd., Sheridan, OR 97378. **Allison should contact his attorney if he desires to file any future motions or ask his attorney to withdraw his representation.**

_____
U.S. District Judge Jennifer A. Dorsey
April 6, 2023

---

[5] ECF No. 3; L.R. IA 11-6(b) (explaining that, after making an appearance, counsel of record may only withdraw by leave of court).

[6] *See United States v. Olano*, 62 F.3d 1180, 1193 (9th Cir. 1995).

[7] ECF No. 38 at 2.

[8] ECF No. 42.