**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00326-JAD-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| JOHN MILES ALLISON, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for July 14, 2026 at 11:00 a.m., be vacated and continued to November 16, 2026, at the hour of 11:00 a.m.

DATED this 8th day of July, 2026.

_____
UNITED STATES DISTRICT JUDGE

3