**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOHN MILES ALLISON,<br>Defendant. | Case No. 2:20-cr-00326-JAD-BNW<br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for November 16, 2026 at 11:00 a.m., be vacated and continued to January 21, 2027, at the hour of 10:30 a.m.

DATED this 10th day of November, 2026.

UNITED STATES DISTRICT JUDGE